FILED

01/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0671

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 22-0671

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br><br>SHERRI L. FROST,<br><br>Petitioner/Appellant,<br><br>and<br><br>KEVIN ROY FROST,<br><br>Respondent/Appellee/Cross-Appellant,<br><br>With<br><br>FROST LIMITED PARTNERSHIP,<br><br>Respondent/Appellee/Cross-Appellant. | **ORDER GRANTING EXTENSION OF TIME** |

Upon consideration of Appellant's Unopposed Motion for Extension of Time to File Opening Brief, and for good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant Sherri L. Frost is granted an extension of time to and including March 8, 2023, within which to file her Opening Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 31 2023